| | |
|---|---|
| 1 | Christopher DN Hanson (SBN 187954) |
| 2 | HANSON LAW FIRM, P.C. |
| | 2245 Central Avenue |
| 3 | Alameda, CA 94501 |
| | Telephone: 510-521-9181 |
| 4 | Facsimile: 510-769-1753 |
| 5 | |
| | Attorneys for Defendants |
| 6 | HOME FUNDERS FINANCIAL and |
| | ROMEO FELISCO ALVIDERA |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITO CHAVEZ and RAQUEL CHAVEZ, ) | Case No.: CV-09-5910-CRB |
| ) | |
| Plaintiffs, ) | STIPULATION TO AND ORDER FOR |
| ) | EXTENSION OF TIME TO RESPOND TO |
| v. ) | COMPLAINT |
| ) | |
| AURORA LOAN SERVICES; GREENPOINT ) | |
| MORTGAGE FUNDING; QUALITY LOAN ) | COMPLAINT FILED: December 17, 2009 |
| SERVICING CORPORATION; MORTGAGE ) | TRIAL DATE:   None Set |
| ELECTRONIC REGISTRATION SYSTEMS, ) | |
| INC.; HOME FUNDERS FINANCIAL; ROMEO ) | |
| FELISCO ALVIDERA; and DOES 1-20, inclusive,) | |
| ) | |
| Defendants. ) | |
| _____) | |

Subject to approval by the court, Plaintiff s, RITO CHAVEZ and RAQUEL CHAVEZ, and Defendants HOME FUNDERS FINANCIAL and ROMEO FELISCO ALVIDERA, through their respective counsel, hereby stipulate to an extension of the time within which these Defendants must respond to Plaintiffs RITO CHAVEZ and RAQUEL CHAVEZ complaint from January 25, 2010, to and including February 24, 2010, or to such other date that the court may order.

Defendant has obtained no prior extensions of the time within which to file Defendant's answer.  An Ex Parte Application for Extension of Time is currently pending before this Court.

Plaintiff effected service of the complaint on January 5, 2010.

Good cause exists for granting this extension, as follows:

1. Defendants HOME FUNDERS FINANCIAL and ROMEO FELISCO ALVIDERA contacted and provided a copy of the complaint to Defendants' counsel on January 21, 2010.

2. Defendants' counsel had only one business day prior to the response deadline to review the complaint and discuss the factual allegations with Defendants and cannot adequately respond to the complaint absent time for further review and consultation.

Dated: January 29, 2010           HANSON LAW FIRM, P.C.

*/s/ CDN Hanson*

Christopher D.N. Hanson
Attorneys for Defendants
HOME FUNDERS FINANCIAL and ROMEO FELISCO ALVIDERA
2245 Central Avenue
Alameda, CA 94501
Phone: 510-521-9181
e-mail: Chanson@HansonLawFirm.com

Dated: January 29, 2010           KING LAW OFFICES

/s/ C King
____<see attached e-mail>_____
Catherine Rene King
2051 Hilltop Drive, Suite A28
Redding, CA 96002
530-221-2640
e-mail: king_catherine@att.net

IT IS SO ORDERED.

Dated: __February 2, 2010_____        _____
                                       UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]